IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANTHA J. TOK,

        Petitioner,

v.

STEVEN R. GLUNT, et al.,

        Respondents.

CIVIL ACTION
NO. 15-2794

## ORDER

**AND NOW**, this 22nd day of February 2016, upon consideration of the Petition for Writ of Habeas Corpus (Doc. Nos. 1, 11), and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. No. 20), to which no objections have been filed, it is **ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. No. 20) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000); and

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.